IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KRISTINE BRUEGGEMAN,<br><br>　　　　　　　　Defendant. | 8:17CR129<br><br>ORDER |

　　　　This matter is before the Court on Defendant's Motion to Review Order of Detention (Filing No. 26). Upon consideration, the Court finds that the motion does not set out the positions of Probation and Pretrial Services and the Government in this matter. Additionally, the release plan contained in the motion does not set out an appropriate program in accordance with the substance abuse evaluation. For all of these reasons, the motion is not ripe and will therefore be denied without hearing.

　　　　**IT IS ORDERED:**

　　　　1.　　Defendant's Motion to Review Order of Detention (Filing No. 26) is denied without prejudice to refiling with an appropriate plan in accordance with the substance abuse evaluation.

　　　　2.　　Future motions for reconsideration of pretrial release shall be filed as restricted with an attached substance abuse evaluation and letter of acceptance from the proposed treatment facility.

　　　　Dated this 18th day of July, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge