**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR129** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KRISTINE BRUEGGEMAN** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the defendant's unopposed Motion to Continue Trial [29].  Counsel has a conflict and is unavailable during the week of September 12, 2017.   Defendant has complied with NECrimR 12.1(a).  For good cause shown,

     **IT IS ORDERED** that the unopposed Motion to Continue Trial [29] is granted as follows:

     1.   The jury trial, now set for September 12, 2017 is continued, to **October 31, 2017.**

     2.   The defendant has filed an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

     3.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 31, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED September 11, 2017.**

                               **BY THE COURT:**

                               **s/ Michael D. Nelson**
                               **United States Magistrate Judge**