IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>KRISTINE BRUEGGEMAN ,<br><br>                     Defendant. | 8:17CR129<br><br>ORDER |

      This matter is before the court on the defendant's Motion to Continue Trial [43]. Counsel is seeking additional time to allow the defendant to complete residential treatment. The defendant has complied with NECrimR 12.1(a). For good cause shown,

      **IT IS ORDERED** that the defendant's Motion to Continue Trial [43] granted as follows:

      1.  The jury trial, now set for October 17, 2017 is continued to **December 5, 2018.**

      2.  The defendant has filed an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

      3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 5, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 23rd day of October, 2017.

                                                  BY THE COURT:

                                                  s/ Michael D. Nelson
                                                  United States Magistrate Judge